BEFORE: WILLIAM D. WALL                                          DATE: 5/25/04

UNITED STATES MAGISTRATE JUDGE                    TIME: 10:00 a.m.
DOCKET NO. CV 00-0881                                      ASSIGNED JUDGE: Wall

CASE NAME: Lee v. Dempsey et al.

## CIVIL CONFERENCE

Initial _____  Status __X__  Settlement _____  Pretrial _____

Other: _____

APPEARANCES:    Plaintiff        Anthony Grandinette


                Defendant        Liora Ben-Sorek


SCHEDULING:

1.   The next  Settlement/Status  conference will be held on June 7, 2004 at 9:30 am.

THE FOLLOWING RULINGS WERE MADE:

                                        SO ORDERED