BEFORE: WILLIAM D. WALL                          DATE: 6/17/04

UNITED STATES MAGISTRATE JUDGE                   TIME: 3:00 p.m.
DOCKET NO.  CV 00-881                            ASSIGNED JUDGE: Wall

CASE NAME:  Lee v. Dempsey, et al.

CIVIL CONFERENCE

Initial _____   Telephone-Status/Settlement ___X___   Pretrial _____

Other _____

APPEARANCES:    Plaintiff      Anthony Grandinette

                Defendant      Liora Ben Sorek

SCHEDULING:

1.   The next _____ conference will be held on _____

THE FOLLOWING RULINGS WERE MADE:

The case is settled on the record. A stipulation of settlement

will be filed.