UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
SHONNARD LEE,                                             CV-00-0881   (WDW)

                Plaintiff,

      - against -                                    STIPULATION AND ORDER
                                                          OF DISMISSAL
COUNTY OF NASSAU and
DETECTIVE ROBERT E. DEMPSEY,

                Defendants.
----------------------------------------------------X

      IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, counsel for the respective parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, the Monell claims are withdrawn with prejudice, all without costs or attorney fees to either party as against the other.

Dated: Mineola, New York
       ~~June~~ 15, 2004
   December

GRANDINETTE & SERIO, LLP                LORNA B. GOODMAN
                                                    Nassau County Attorney

By: _____         By: _____
     Anthony Grandinette (AG- 5913)            Liora M. Ben-Sorek (LMB 1971)
     114 Old Country Road                          Deputy County Attorney
     Mineola, New York 11501                    One West Street
     (516) 248-5317                                      Mineola, New York 11501
     Attorneys for Plaintiff                             (516) 571-3014
                                                                 Attorneys for Defendants

SO ORDERED:


_____
WILLIAM D. WALL, U.S.M.J.